JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>FRY'S SOUTH PASADENA INVESTMENT INC., a California corporation, and FRYDOUN SHEIKHPOUR, an individual,<br><br>        Defendants. | Case No. CV14-04562 MWF (MANx)<br><br>**JUDGMENT** |

    Defendants FRY'S SOUTH PASADENA INVESTMENT, INC. and FRYDOUN SHEIKHPOUR, having been served with a copy of the Summons and Complaint in this action, the time having passed for Defendants to answer, the default of Defendants having been duly entered, and for good cause appearing from the Motion of Plaintiff PHILLIPS 66 COMPANY, for Entry of Default Judgment Against Defendants, and the evidence submitted in support of the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the Court enters Judgment in favor of Phillips 66 Company and against Defendants Fry's South Pasadena Investment Inc. and Frydoun Sheikhpour as follows:

| | |
|---|---|
| Principal Sum | $ 490,370.54 |
| Prejudgment Interest | $ 156,112.48 |
| Costs | $       550.00 |
| Attorneys' Fees | $   16,529.66 |
| **Total** | **$ 663,562.68** |

The Court also awards post-judgment interest at the rate provided for in 28 U.S.C. § 1961.

DATED:  May 22, 2015

_____
MICHAEL W. FITZGERALD
United States District Court Judge